UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RONALD E. OGLE,          ) | |
|             ) | |
| Plaintiff,          ) | |
|             ) | |
| vs.          ) | |
|             ) | No. 1:13-cv-0556-TWP-MJD |
| INDIANA DEPARTMENT OF    ) | |
| WORKFORCE DEVELOPMENT,    ) | |
|             ) | |
| Defendant.        ) | |

## FINAL JUDGMENT

Having this day granted Defendant's Motion to Dismiss, the Court enters final judgment

against Plaintiff, Ronald E. Ogle.  Plaintiff shall take nothing by his complaint against Defendant

and this action is DISMISSED.

SO ORDERED.

Dated: __11/20/2013__

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

1

DISTRIBUTION:

Michael J. Cork
BAMBERGER, FOREMAN, OSWALD AND HAHN, LLP
mcork@bamberger.com

Laura Lee Bowker
INDIANA ATTORNEY GENERAL
laura.bowker@atg.in.gov

Madhavi L. Menon
OFFICE OF THE ATTORNEY GENERAL
madhavi.menon@atg.in.gov